THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
THOMAS J. McCARTHY, Appellant.

Submitted April 21, 1938; decided May 24, 1938.

*Thomas J. McCarthy,* appellant in person.

*Thomas E. Dewey, District Attorney (Felix C. Benvenga*
and *Arnold Bauman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN and FINCH, JJ.   Dissenting: RIPPEY, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
FRANCIS H. IRWIN, Appellant.

Submitted April 21, 1938; decided May 24, 1938.

*Francis H. Irwin,* appellant in person.

*A. Edward Krieger, District Attorney,* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS,
LOUGHRAN, FINCH and RIPPEY, JJ.